# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPARC GROUP LLC d/b/a AEROPOSTALE, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-02296-L-AHG<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

Based on the parties' joint motion, the Court **DISMISSES** this action with prejudice as to Plaintiff's claims and without prejudice as to the claims of the purported class. Each party shall bear their own costs, experts' fees, attorneys' fees, and attorneys' expense.

**IT IS SO ORDERED.**

Dated: February 8, 2022

_____
Hon. M. James Lorenz
United States District Judge